# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MARC GADDIS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 15 C 2882 |
| **HSBC BANK, N.A.** as Trustee, **DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AB3**; **OCWEN LOAN SERVICING, LLC**; **AMERICAN HOME MORTGAGE COMPANY**; **CODILLIS & ASSOCIATES** and **UNKNOWN JOHN DOE'S**, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

After pro se plaintiff Marc Gaddis ("Gaddis") submitted a lengthy self-prepared Complaint[1] in which he has targeted five named defendants and a group of "Unknown John Doe's," charging them with a number of violations of his legal rights, this Court issued a short April 7, 2015 memorandum order ("Order") that focused on the purported In Forma Pauperis Application ("Application") that Gaddis had tendered together with his Complaint. Gaddis' Application was deficient in a host of respects, and he compounded his deficiencies by inserting this hand-printed statement at the very beginning of the Affidavit:

> I am not impoverished. I am requesting until May 1, 2015 to pay $400.00 [the required filing fee].

This Court of course rejected Gaddis' request -- the federal courts are not in the position of a merchant extending credit to someone who says he or she has the means to pay for his or her purchase (in this case the requisite filing fee) but does not elect to do so currently. Because

---

[1] Gaddis' document comprises 153 paragraphs that are divided into seven counts that occupy some 23 pages.

Gaddis has not even lived up to his original (though rejected) request and promise, both the Complaint and this action are dismissed for want of prosecution.

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date:  May 4, 2015